United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12847-amc |
| Pamela Fields | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 28, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Fields, 7103 Montour Street, Philadelphia, PA 19111-4014 |
| 14361649 | + | Jefferson Hospital, 833 Chestnut Street, Philadelphia, PA 19107-4414 |
| 14318632 | + | PEBTF, c/o Vincent J. Marriott, III, 1735 Market Street, 51st Floor, Phila., PA 19103-7507 |
| 14318634 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14319253 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14327112 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 29 2024 03:31:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14318619 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 29 2024 03:31:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14318620 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 03:31:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14345104 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 29 2024 03:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14318623 | | Email/Text: BKBCNMAIL@carringtonms.com | May 29 2024 03:31:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 14318624 | | Email/Text: BKBCNMAIL@carringtonms.com | May 29 2024 03:31:00 | Carrington Mortgage Services, P.O. Box 3730, Anaheim, CA 92806 |
| 14347902 | | Email/Text: BKBCNMAIL@carringtonms.com | May 29 2024 03:31:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 14384193 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14318621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-12847-amc   Doc 53   Filed 05/30/24   Entered 05/31/24 00:37:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14340343 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2024 03:33:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14340342 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2024 03:33:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14318622 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:31 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14318626 |  | Email/Text: mrdiscen@discover.com | May 29 2024 03:31:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14324456 |  | Email/Text: mrdiscen@discover.com | May 29 2024 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14318627 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2024 03:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14318625 |  | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2024 03:33:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14337127 | + | Email/Text: RASEBN@raslg.com | May 29 2024 03:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14330585 |  | Email/PDF: cbp@omf.com | May 29 2024 03:33:32 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14318628 | + | Email/PDF: cbp@omf.com | May 29 2024 03:33:38 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14318629 | + | Email/Text: bankruptcynotices@psecu.com | May 29 2024 03:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14318635 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2024 03:31:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14318636 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2024 03:31:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14354833 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2024 03:33:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14338646 | + | Email/Text: bankruptcynotices@psecu.com | May 29 2024 03:31:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14318631 |  | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:38 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14318633 | + | Email/Text: bankruptcygroup@peco-energy.com | May 29 2024 03:31:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14319253 | ^ | MEBN | May 29 2024 03:24:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14322528 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 29 2024 03:33:38 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14318630 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |

| | | | |
|---|---|---|---|
| 14318637 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14321983 | ## | | Carrington Mortgage Services, LLC, c/o MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Pamela Fields help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Carrington Mortgage Services  LLC mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Pamela Fields
      Debtor(s)

Case No: 19−12847−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/28/24